**E-Filed 5/20/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FRANK BERTUCCIO,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>CALIFORNIA CONTRACTORS STATE LICENSE BOARD,<br><br>　　　　　　Respondent. | Case No. C 09-5454 JF<br><br>BR Case No. 04-56255 ASW<br><br>**ORDER REFERRING CASE TO JUDGE WARE FOR CONSIDERATION OF RELATED CASE STATUS** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above entitled case is referred to the Honorable James Ware for a determination whether this case is related to Case Nos. C 09-5209 JW and C 09-5292 JW.

　　　　IT IS SO ORDERED.

DATED: May 19, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C 09-5454 JF
ORDER REFERRING CASE TO JUDGE WARE FOR CONSIDERATION OF RELATED CASE STATUS
(JFLC2)
1