1  EDMUND G. BROWN JR.
   Attorney General of California
2  JOYCE E. HEE
   Supervising Deputy Attorney General
3  MARGUERITE C. STRICKLIN
   Deputy Attorney General
4  State Bar No. 103161
     1515 Clay Street, 20th Floor
5  P.O. Box 70550
   Oakland, CA  94612-0550
6  Telephone:  (510) 622-2146
   Fax:  (510) 622-2270
7  E-mail:  Marguerite.Stricklin@doj.ca.gov

8  *Attorneys for Appellant*
   *Employment Development Department and*
9  *Sally McKeag, Chief Deputy Director of EDD*

IT IS SO ORDERED

*James Ware*

Judge James Ware

6/11/2010

10              UNITED STATES DISTRICT COURT

11          FOR NORTHERN DISTRICT OF CALIFORNIA

12

13 | EMPLOYMENT DEVELOPMENT DEPARTMENT | Case No. 5-09-cv-05209 JW
14 | AND SALLY MCKEAG, CHIEF DEPUTY |
   | DIRECTOR OF EDD, | STIPULATION FOR BRIEFING
15 |                                  | SCHEDULE FOR BANKRUPTCY
   |                   Appellants, | APPEALS IN RELATED CASES
16 |
   |        v.
17 |
18 | FRANK BERTUCCIO,
   |
19 |                    Appellee.
20 |
   | CALIFORNIA CONTRACTORS STATE LICENSE
21 | BOARD, *ET AL*, | Case No 5:09-cv-05292 JW
22 |                   Appellants,
23 |        v.
24 | FRANK BERTUCCIO,
25 |                    Appellee.
26
27
28

                                  1

1

2   **FRANK BERTUCCIO,**                                           Case No. 5:09-cv-05454 JW

                                        Appellant,
3

4                v.

5   **CALIFORNIA CONTRACTORS STATE LICENSE**
    **BOARD,** *ET AL.,*
6
                                        Appellees
7

8          WHEREAS, the court issued an order in the above-captioned cases on May 21, 2010,

9    designating these matters as Related Cases; and

10         WHEREAS, counsel for the California Contractors License Board will be on extended

11   leave through the middle of September 2010; and

12         WHEREAS, counsel agree that it will be most efficient and convenient to use just one of

13   the of three designated records submitted to the Bankruptcy Court for filing in this court;

14         IT IS STIPULATED AND AGREED that:

15         1. The appellants in the Related Cases will simultaneously file their Opening Briefs on or

16   before September 28, 2010;

17         2. The appellees in the Related Cases will simultaneously file their Respondent's Briefs on

18   or before October 29, 2010;

19         3. The appellants in the Related Cases will simultaneously file their Reply Briefs on or

20   before December 3, 2010; and,

21         //

22         //

23         //

24         //

25         //

26         //

27

28

                                            2

1    4, The parties in the Related Cases will use the record submitted to the Bankruptcy Court

2   for filing in appellate Case No. 5:09-cv-05292 as the Designated Record in the above Related

3   Case appeals.

4        DATED: ___06/07/2010__

5                                                    MORAN LAW GROUP

6                                                    By:

7                                                        Renee Mendoza
                                                        Attorneys for Appellant and Appellee
8                                                        Frank Bertuccio

9

10                                                   EDMUND G. BROWN JR., Attorney General
                                                     of the State of California
11

12                                                   By:  /s/   Maretta Ward
                                                         Maretta Ward
13                                                       Attorneys for Appellant and Appellee
                                                         California Contractors State License Board
14

15

16                                                   EDMUND G. BROWN JR., Attorney General
                                                     of the State of California
17

18                                                   By
                                                         Marguerite Stricklin
19                                                       Attorneys for Appellant and Appellee
                                                         Employment Development Department
20

21

22

23

24

25

26

27   OK2009901136
     STIP. FOR BRIEFING SCHEDULE IN RELATED CASES
28