**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>FRANK BERTUCCIO, )<br>)<br>Appellee. )<br>_____ ) | Case No.: 09-CV-05209-LHK<br><br>ORDER GRANTING AMENDED REQUEST TO RECONSIDER BRIEFING SCHEDULE IN RELATED CASES |
| CALIFORNIA CONTRACTORS STATE LICENSE BOARD, et al., )<br>)<br>Appellants, )<br>v. )<br>)<br>FRANK BERTUCCIO, )<br>)<br>Appellee. )<br>_____ ) | Case No.: 09-CV-05292-LHK |
| FRANK BERTUCCIO, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>CALIFORNIA CONTRACTORS STATE LICENSE BOARD, et al., )<br>)<br>Appellees. )<br>_____ ) | Case No.: 09-CV-05454-LHK |

1

Case No.: 09-CV-05209, 09-CV-5292, 09-CV-5454
ORDER GRANTING AMENDED REQUEST FOR BRIEFING SCHEDULE

For each of these related cases, the notice of appeal from bankruptcy court was filed in November 2009. On June 11, 2010, the Honorable James Ware granted the parties' stipulation to consolidate briefing and extend deadlines for the briefing schedule. Pursuant to the parties' own stipulation, the Appellants would file opening briefs by September 28, 2010, the Appellees would file respondent briefs by October 29, 2010, and the Appellants would file reply briefs by December 3, 2010. On September 28, 2010, the same day opening briefs were to be filed, the parties submitted a stipulation seeking an extension of time for briefing, with opening briefs due October 29, 2010, respondent briefs due December 3, 2010, and reply briefs due January 14, 2010. On September 29, 2010, this Court denied the parties' request for an additional extension of the briefing schedule for failure to provide any reason or cite any changed circumstance for the extension in violation of Civil Local Rule 6-2.

On September 30, 2010, the parties filed a supplement to the stipulation for an amended briefing schedule. This time the parties did comply with Civil Local Rule 6-2, and provided the Court with reasons to extend the briefing schedule. The Court appreciates the parties' current and future collaboration in this matter. The Court will not, however, allow extensions of time and delay without good cause shown.

Accordingly, for good cause shown, the Court will GRANT the following extended briefing schedule: opening briefs shall be due on or before October 29, 2010, respondent briefs shall be due on or before November 23, 2010, and reply briefs shall be due on or before December 22, 2010. As briefing will not be complete until more than a year after the notices of appeal, any further request for extension of time shall be disfavored.

**IT IS SO ORDERED.**

Dated: October 1, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-05209, 09-CV-5292, 09-CV-5454
ORDER GRANTING AMENDED REQUEST FOR BRIEFING SCHEDULE